FILED
CLERK, U.S. DISTRICT COURT

8/6/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MRV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC ANTHONY RODRIGUEZ,<br><br>   Defendant. | CR 2:25-cr-00640-SRM<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device] |
|---|---|

The Grand Jury charges:

[26 U.S.C. § 5861(d)]

On or about June 21, 2025, in Los Angeles County, within the Central District of California, defendant ERIC ANTHONY RODRIGUEZ knowingly possessed a firearm, namely, a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8), (f)(1), and (f)(3), commonly known as a "Molotov cocktail," which defendant RODRIGUEZ knew to be a destructive device, and which had not been

//

//

//

1  registered to defendant RODRIGUEZ in the National Firearms
2  Registration and Transfer Record as required by Title 26, United
3  States Code, Chapter 53.

                                        A TRUE BILL


                                        /S/
                                        Foreperson


BILAL A. ESSAYLI
Acting United States Attorney

[signature]

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

JENNA W. LONG
Assistant United States Attorney
Terrorism and Export Crimes Section